# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JOSEPH WEAR,**

     **Plaintiff,**

**v.**                      **Case No.  8:05-cv-299-T-30TBM**

**METROPOLITAN LIFE INSURANCE
COMPANY,**

     **Defendant.**

_____/

## ORDER OF DISMISSAL

     The Court has been advised via a Mediation Report (Dkt. #20) that the above-styled action has been "concluded."  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

     **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

     **DONE** and **ORDERED** in Tampa, Florida on November 30, 2005.

_____

**JAMES S. MOODY, JR.**
**UNITED STATES DISTRICT JUDGE**

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-299.dismissal.wpd